COLLIN COUNTY

Stacey Kemp, County Clerk
2100 Bloomdale Road, Suite 12165
McKinney, Texas 75071
972-548-6423
www.collincountytx.gov

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

08/22/25 10:50:41 AM

Ruben Morin
Clerk

8/22/2025

Court of Appeals
600 Commerce Street, 2nd Floor
George Allen Senior Courts Building
Dallas, Texas 75202

RE:   STYLED:  Rasa Floors & Carpet Cleaning, LLC VS. Colen & Coline, LLC
      TRIAL COURT NUMBER:  005-01971-2025
      COURT OF APPEALS NUMBER:  05-25-00924-CV

To Whom It May Concern:

Please be advised that payment for the Clerk's Record in the above referenced cause number has not been received. A notice of transcript fee due letter was sent on 07/21/2025. As of today, no payment for the record has been received. If you have any questions, please do not hesitate to contact me at (972) 548-6432.

Sincerely,



ATTEST: STACEY KEMP, COUNTY CLERK
Collin County, Texas
2100 Bloomdale Road, Suite 12165
McKinney, Texas 75071
972-548-6423, METRO 972-424-1460 EXT. 6423

Signed: 8/22/2025 10:23:34 AM

Issued By: _____ ,Deputy
                    Jenifer Mocko